'Federal Court'
the superior court
common law
at
'District Court of the united States'
'District of Alaska'
Fairbanks


RECEIVED AUG 07 2018 CLERK, U.S. DISTRICT COURT FAIRBANKS, AK

```
i,man;charles albert,lind     )    the lind court:
claimant;                     )
prosecutor;                   )
                              )    4:18-cv-00028-RRB
        against               )
                              )
silas hessler;man             )    Nature of case; claim;
Actor; Alaska State Trooper   )
c/o ALASKA STATE TROOPERS     )    claim; trespass;
1979 PEGER ROAD               )    unlawful papers;
FAIRBANKS, AK 99709           )         (verified)
                              )
        wrongdoer(s)          )
```

i,man,require,'court of record','trial by jury';

### claim:trespass (unlawful papers)

i,man, claim:

- the said wrongdoer(s) trespass upon my property;
- the causal agent of the trespass, comes by way of its use of a unlawful paper;
- the trespass did and does harm and injury to my property;
- the commencement of the wrong and harm began on 5 July 2017  5:51 PM location  Mile 360 Northbound Richardson Highway   Fairbanks;
- the wrong and harm continues to this day, ~~27 July~~ 6 Aug 2018;
- i, require compensation for the initial and continual trespass upon my property;
- compensation due: twenty thousand dollars;

Notice to agent is notice to principle, notice to principle is notice to agent;

I,say here, and will verify in open court,that all herein be true.

(seal)  L. S.    charles albert

non-negotiable autograph   charles albert,lind
                           charles albert,lind  a living alaskan,
living on the land,endowed with all his Unalineable Rights.

Date 6 August 2018

and of the Independence of the united States of America the Tow-hundred and forty-second.         Page one of one

(Notary seal: MARIA JOHNSTONE, OFFICIAL SEAL, NOTARY PUBLIC-STATE OF ALASKA, My Comm. Expires July 16, 2020)

State of AK, County of Fairbanks
Signed before me on this 6th day of Aug, 2018 by Charles lind
Notary Public [signature]